McNAMEE, Appellant, v. LEAVITT, Respondent. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Katherine J. McNamee against James E. C. Leavitt, as administrator, etc. Leonard J. Langbein, of New York City, for appellant. R.

A. B. Dayton, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.